

ORIGINAL

# UNITED-STATES -DISTRICT-COURT-FOR-THE-NORTHERN-DISTRICT-OF-OHIO

Douglas-Alan: Pelmear,
Noah-Wade: Pelmear,
Plaintiff(s),

-vs-

Chief-Justice Maureen O'Connor,
Justice Terrence O'Donnell,
Justice Sharon L. Kennedy,
Justice Judi L. French,
Justice Patrick F. Fischer,
Justice R. Patrick DeWine,
Justice Mary DeGenaro,
Judge Arlene Singer,
Judge James D. Jenson,
Judge Christine E. Mayle,
Judge Joseph N. Schmenk,
Judge Kent Lewis North,
Judge Jeffery L. Robinson,
Judge Eric K. Nagel,
Judge Mark Powers,
Prosecutor Thomas Albert McWatters III,
Assistant-Prosecutor-Stephen M. Maloney,
Assistant-Prosecutor Kevin Whitlock,
Barber, Kaper, Stamm, McWatters & Whitlock,
Archbold-Prosecutor Mark D. Hagans,
Fulton-County-Prosecutor Scott Haselman,
Fulton-County-Clerk-of-Courts Tracy Zuver,
Fulton-County-Sheriff Roy E. Miller,
Deputy Matthew Smithmyer,
Deputy Jamie Simon,
Deputy John Trejo,
Henry-County-Prosecutor John Jay Hanna,
Henry-County-Prosecutor Gwen Howe-Gebers,
Fulton-County-Sheriff Michel Bodenbender,
Henry-County-Clerk-of-Court Connie L. Schnitkey,
Fulton-County-Court-Clerk Heather Lumbrezer,
Deputy-Clerk Whitney Lavinder,
Bailiff Mike Mann,
Deputy-Clerk Alyese Stidham,

Civil-Case-No.

3:18 CV 1480

Judge-

JUDGE HELMICK

MAG. JUDGE JAMES R. KNEPP II

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

2018 JUN 29 PM 1:38

FILED

Deputy-Clerk Randi Wudi,
Dog-Warden Brian Banister,
Deputy-Dog-Warden Jon Rufenacht,
Reminger Co. LPA,
Attorney Michael P. Gilbride,
Donna L. Keefe,
Fishel Hass Kim Albrecht Downey LLP,
Attorney Marc A. Fishel,
Maumee-Valley-Planning-Organization,
Dennis Miller, Director,
Marsha Kolb,
Matthew Davis,
City-Of-Wauseon,
Jeff Stiriz (President),
Shane Chamberlin,
Scott Stiriz,
Harold Stickley,
Steve Schneider,
Police-Officer Marc Tanner,
Police-Officer Tony Imber,
Kathy Huner (Mayor),
Village-Of-Archbold
Police-Officer Nathan Slough
Kevin L. Morton (President),
Vaughn Bentz,
Kenny Cowell,
Kevin Eicher,
Brian Huffman,
Ed Leininger,
Fulton-County-Board-Of-Commissioners,
Jon Rupp,
Bill Rufenacht,
Jeff Rupp,
Henry-County-Board-Of-Commissioners,
Thomas H. VonDeylen,
Bob Hastedt,
Glenn Miller,
Vickie Glick,
Defiance-County-Board-Of-Commissioners,
Ryan Mack,
Mick Pocratsky,
Gary L. Plotts,
Correction-Center-of-Northwest-Ohio or CCNO,
Dennis Sullivan of CCNO,
Michelle K. Schlade,
Any Jane and/or John Doe(s) and/or any XYZ-Corporations
Contributed to Plaintiffs' harm
Names and addresses unknown. (79 defendants known at this time)

## COMPLAINT and AFFIRMATION

Douglas-Alan: Pelmear, and Noah–Wade: Pelmear [*pro se*], "however inartfully pleaded" are held "to less stringent standards than formal pleadings drafted by lawyers, Haines v. Kerner, 404 U.S. 519,520 (1972).

### Jurisdiction

1)      The action is brought pursuant to Title-42-U.S.C.-sec. 1983, 1985, 1986 and 1988, also but not limited to Article-1-sec. 10, the First, Fourth, Fifth, Sixth, Seventh, Eight and Fourteenth-Amendments to the United-States-Constitution. Jurisdiction is found upon 28-USC sec(s) 1330, 1331, 1332 and 1343 and the aforementioned statutory and constitutional provisions.

2)      Plaintiff(s), Douglas-Alan: Pelmear is a natural individual, member in good standing with Cherokee nation of Indians, domicile in and around Henry-County-Ohio and Noah-Wade: Pelmear is a natural individual, member in good standings with Cherokee nation of Indians, domicile in and around Fulton-County-Ohio. Defendant(s) are being sued in their official, personal and private capacity. Defendant(s) Chief-Justice Maureen O'Connor, Justice Terrence O'Donnell, Justice Sharon L. Kennedy, Justice Judi L. French, Justice Patrick F. Fischer, Justice R. Patrick DeWine, Justice Mary DeGenaro, Judge Arlene Singer, Judge James D. Jenson, Judge Christine E. Mayle, Judge Joseph N. Schmenk, Judge Kent Lewis North, Judge Jeffery L. Robinson, Judge Eric K. Nagel, Judge or attorney Mark Powers, Prosecutor Thomas Albert

3

McWatters III, Assistant-Prosecutor-Stephen M. Maloney, Assistant-Prosecutor Kevin Whitlock, Barber, Kaper, Stamm, McWatters & Whitlock, Archbold-Prosecutor Mark D. Hagans, Fulton-County Prosecutor Scott Haselman, Fulton-County Clerk of Courts Tracy Zuver, Fulton-County Sheriff Roy E. Miller, Deputy Matthew Smithmyer, Deputy Jamie Simon, Deputy John Trejo, Henry-County-Prosecutor John Jay Hanna, Henry-County-Prosecutor Gwen Howe-Gebers, Fulton-County-Sheriff Michel Bodenbender, Henry-County-Clerk-of-Court Connie L. Schnitkey, Fulton-County-Court-Western-District Clerk Heather Lumbrezer, Deputy-Clerk Whitney Lavinder, Bailiff Mike Mann, Deputy-Clerk Alyese Stidham, Deputy-Clerk Randi Wudi, Dog-Warden Brian Banister, Deputy-Dog-Warden Jon Rufenacht, Reminger Co. LPA, Attorney Michael P. Gilbride, Donna L. Keefe, Fishel Hass Kim Albrecht Downey LLP, Attorney Marc A. Fishel, Maumee-Valley-Planning-Organization, Dennis Miller, Director, Marsha Kolb, Matthew Davis, Wauseon-City-Counsel, Jeff Stiriz (President), Shane Chamberlin, Scott Stiriz, Harold Stickley, Steve Schneider, Police-Officer Marc Tanner, Police-Officer Tony Imber, Kathy Huner (Mayor), Village of Archbold, Police-Officer Nathan Slough, Kevin L. Morton (President), Vaughn Bentz, Kenny Cowell, Kevin Eicher, Brian Huffman, Ed Leininger, Fulton-County-Commissioners, Jon Rupp, Bill Rufenacht Jeff Rupp, Henry-County-Commissioners, Thomas H. VonDeylen, Bob Hastedt, Glenn Miller, Vickie Glick, Defiance- County-Commissioners, Ryan Mack, Mick Pocratsky, Gary L. Plotts, Correction-Center-of-Northwest-Ohio or CCNO, Dennis Sullivan of CCNO, Michelle K. Schlade, (79 defendants known at this time) live and work in Ohio and as state or county judges, county prosecutors, city attorneys and other Ohio county and state employees or "et al", *which are state actors and acting at all times <u>under color of state law,</u>* which

4

have participated in the **_denial_** of federally protected common law rights and the **_denial_** unalienable United-States-Constitutional-Rights.

3)      Ex-Parte Young 209 US 123 (1908), The Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under color of state law…when a state officer acts under a state law in a manner violative of the federal constitution. And he is, in that case, stripped of his official or representative character, and is subjected in his person to the consequences of his individual conduct. **The state has no power to impart to him any immunity from responsibility to the supreme authority of the United States.**

### Federal-Question

**Can state actors acting under color of state law, impair, impede, deny, discriminate or otherwise obstruct plaintiffs' free excise of federally protected rights and or federally protected common law rights under the United-States-Constitution?**

### Statement-Of-Facts

1) The plaintiff(s) have chosen to exercise their federally protected common law rights. The civil rights violations, conspiracy, fabrication of documents, counterfeit documents, forgery, willful concealment, with willful and wrongful lien showing their willful intent, is present in the elaborate scheme and plot to deprive rights. The issued started when Henry-County-Commissioner-Thomas H. VonDeylen used the powers of the office by the color of office to deny federally protected rights and unalienable United-States-Constitutional-Rights by going to the bank, conspiring with the bank president William Wendt (Henry-County-Bank) to stop the right to contract of borrowing funds.

2) Then to hide the abuse of power, Henry-County-Commissioner Thomas H. VonDeylen conspired with Dennis Miller of Maumee-Valley-Planning-Organization or MVPO in Defiance, Ohio and Thomas Albert McWatters III, Wauseon-Ohio-City-Attorney/Prosecutor, Special-Attorney-for-the-Ohio-Attorney-Generals-Office and MVPO attorney. **This is where a _plot_** (_meaning: a plan made in secret by a group to do something illegal or harmful)_ **was _devised_ and acted upon in order to deprive our life, liberty, property and pursuit of happiness, without due process of law (United States Constitution Amendment V)** and along with participation and assistance by the sheriff and others, **received in a public records request.** The **Public records** speak for it self. _**Facts will show of extreme severe animosity, prejudice and discrimination to where the plaintiffs can not get a remedy and relief in any state court.**_

## Cause-Of-Action-One

I, Douglas-Alan: Pelmear, president and Noah-Wade: Pelmear, advisor to Horse-Power-Sales.Net-INC. or H.P.S.N. and was located in Henry-County-Ohio city of Napoleon. I, Douglas-Alan: Pelmear, president and Noah-Wade: Pelmear, advisor to HP2g-LLC and was located in the City of Wauseon, Fulton-County-Ohio. Both businesses and I, Douglas-Alan: Pelmear, were looking for funding sources from loans. Horse-Power-Sales.Net-INC. applied at Henry-County-RLF loan and for bank loans.

Henry-County-Ohio-Commissioner Thomas H. VonDeylen was absent during voting of the HPSN-RLF loan, but _**made the clerk, Vickie-Glick, change the voting record from absent to his vote was a no**_ on the Henry-County-RLF loan resolution approval on August 4, 2009. **Henry-County-Ohio-Commissioner-Thomas H. VonDeylen** _**confessed under oath**_, going to the Henry-County-Bank August 11, 2009 and talked with

President William Wendt, where I was applying for loans and never received a loan or even a loan application. **Henry-County-Ohio-Commissioner Thomas H. VonDeylen said (quote),** *"I told him if I was an investor that I would be upset if he invested, if he had given money because I didn't think it was a worthwhile loan" and* also said (quote) *"at state level those kind of tactics, if you will, are used. It was my tactic"* <u>see exhibit 2, 3 of 2 pages. & 1 of 8 pages</u> transcript of case # 12CR0098 in Henry-County-Ohio-Common-Pleas-Court starting at page 12 line 20 to page 18 line 24. Henry-County-Commissioner-**Thomas H. VonDeylen and Henry-County-Bank-President William "Bill" Wendt** *deprived* **me of my Constitutional and/or Statutory-Rights and were in conflict of interest because of politics and political motives under color of state law.**

<br>

**Cause-Of-Action-Two**

1) The Maumee-Valley-Planning-Organization or MVPO is an association of local governments designated as an Ohio-Regional-Planning and Development-Organization. Because myself, Douglas-Alan: Pelmear, Horse-Power-Sales.net-INC. and HP2g-LLC. could not get any loans, I and the businesses began looking at angel investors. An angel investment group in their research found a UUC1 lien on HP2g-LLC (December 2012) <u>see exhibit 4 of 2 pages.</u>

*2)* An angel investment group interested in funding HP2g-LLC *found a wrongful lien dated May 25, 2010. MVPO loan administrator for Henry-County-RLF loans apologized for the wrongful UCC1 lien as a mistake, but it was really* <u>*intentional to deprive.*</u> <u>**See exhibit 5 of 2 pages.**</u> *Marsha Kolb of MVPO, loan administrator for Henry-County-RLF loans,* <u>*knowingly*</u> *placed the* <u>*wrongful*</u> *UCC lien on HP2g*-LLC in an attempt to secure patents which were never promised and personal intellectual

property of me, Douglas-Alan: Pelmear. **Per Dennis Miller of MVPO** email sent July 17, 2013 to: **Henry-County-Commissioners**, Dennis Miller states:

*"Doug was opening a new factory in Wauseon!"*

*"Doug's original application was in the name of Horse Power Sales."*

*"The loan was documented under the name of Horse Power Sales because at the time of closing it was my belief that HP2G was a business operating in Fulton County."*

**"Marsha Kolb of our office filed the UCC to secure the patent under the name of HP2G"**

*"In reality, probably neither Hp2G or Horse Power were the correct entity as the patent was issued in Doug Pelmear's name."*

**"I don't believe that Doug or this business ventures have been harmed though the actions of MVPO or Henry County Commissioners."**

3) Henry-County-Commissioners had no right to lien HP2g-LLC without any contracts. No patent(s) were ever pledged or guarantied to MVPO or Henry-County-RLF loan at any time in any contract. MVPO/Henry-County-Commissioner kept the wrongful UCC1 lien in place for more than five years by an extension of time; <u>see exhibits 4 of 2 pages and 5 of 2 pages.</u> Henry-County-Commissioners and MVPO acting under color of state law, which have participated in the denial of federally protected common law rights and unalienable United-States-Constitutional-Rights **acted against me and the businesses, Douglas-Alan: Pelmear, and Noah-Wade: Pelmear, in order to *deprive* of life, liberty, property and pursuit of happiness, without due process of law (United States Constitution Amendment V) under color of state law and *organized public corruption.***

8

## Cause-Of-Action-Three

1)  Henry-County-Ohio-Commissioners ***conspired*** with Dennis Miller of Maumee-Valley-Planning-Organization or MVPO Defiance, Ohio and **Thomas Albert McWatters III**, Wauseon-City-Attorney/Prosecutor, Special-Attorney-for-the-Ohio-Attorney-Generals-Office and MVPO/Henry-County-Commissioners attorney to ***mastermind*** a ***plot*** *(a plan made in secret by a group to do something illegal or harmful)* **was** ***devised*** **as "general strategy" and acted on in order to** ***deprive*** **of life, liberty, property and pursuit of happiness, without due process of law (Amendment V)** and along with (quote) "participation and assistance by the sheriff" and others shown in an email from Thomas Albert McWatters III sent Friday, July 19, 2013 to Dennis Miller of MVPO, and quotes:  *"Dennis:"*

*"Following up on our conversation this morning:"*

*"Here is a suggestion on how to proceed."*

*"It would require some participation/assistance by the Sheriff."*

*"What if we issued a writ for all Mustangs located at the Florida Site."*

*"We could broaden it to include all cars owned by Horse Power,"*

*"This general strategy would alleviate the need to try to sell the two cars we have now for top dollar."*

***"It would also give the commissioners (and you!) a chance at some pay back against Pelmear."***

***"I assume he is not aware that we can grab anything he has and have it sold."***

*"I would assume there would be some satisfaction gained from collecting all his mustangs!"* <u>**see exhibit 6**</u> *received in public records request.*

**MVPO/Henry-County-Commissioners acted on this *devised plot* or (as Thomas Albert McWatters called it a) "general strategy" and followed though with "a chance at some pay back against Pelmear" and "satisfaction gained from collecting all this mustangs" August 31, 2015 under color of state law!**

2) The-Board-Of-Commissioners-Of-Henry-County by MVPO seized a 1965 Ford-Mustang GT and a 1993 Ford-Mustang-Special-Edition, the only 2 pledged vehicles and twice taken by **Henry County Sheriff Michel D. Bodenbender** while the Henry – County–Prosecutor watched the ***double jeopardy*** **(United States Constitution Amendment V)** <u>**see exhibit 7 of 3 pages.**</u> The first time 6-13-2013 the cars were held pass the statute of limitation to sell the seized assets and returned damaged, I, Douglas-Alan: Pelmear repaired damages after being returned by Henry-County-Prosecutor John Jay Hanna because the statue of limitation of time to sell the assets or cars had expired. Second time assets or cars were taken were 9-5-14. The cars were damaged again before the sale. The 1993 Ford-Mustang was advertised for sale at a 50% diminished appraised worth over their appraisers. As per Thomas Albert McWatters' III email Sent: Friday, July 19, 2013 (quote) ***"This general strategy would alleviate the need to try to sell the two cars we have now for top dollar."*** or in other words; **discrimination, double jeopardy, threats without provocation, which Thomas Albert McWatters III with "et al" followed through the *devised plot's* "general strategy" and still continues by color of the offices, color of state law and *organized public corruption*.**

**Cause-Of-Action-Four**

1) August 31, 2015 Douglas-Alan: Pelmear's personal property, 5 Ford-Mustang vehicles and an enclosed car trailer titled in Cherokee nation of Indians, were seized but not promised or used as collateral in any agreement with MVPO and/or Henry-County-Revolving-Loan-Fund as per Thomas Albert McWatters' III email *plot* of July 19, 2013, *while there were active lawsuit court cases (started by me, a plaintiff) in Defiance-Common-Pleas-Court,* (quote) *"What if we issue a writ for all Mustangs", " We could broaden it to include all cars owned", "It would give the commissioners (and you) a chance at some pay back against Pelmear".*

2) The Horse-Power-Sales-net-INC. paid $55,593.01 on October 20th, 2015 which was an over payment of loan to Maumee-Valley-Planning-Org. or MVPO/Henry-County-Revolving-Loan-Fund, the ***payoff was under duress***, to stop the seizure and sale of my, Douglas-Alan:-Pelmear's, personal property, 5 Ford-Mustangs vehicles for which was set to be sold by Thomas Albert McWatters III late in October 2015, As per Thomas Albert McWatters' III email July 19, 2013, (quote) *"I assume he is not aware that we can grab anything he has and have it sold." "I would assume there would be some satisfaction gained from collecting all his mustangs!"* see exhibit 6, 8 of 2 pages & 9 of 2 pages. The actions of Thomas Albert McWatters III in his ***devised plot*** along with the others involved, or "et al", shows: **severe and extreme animosity, severe and extreme prejudice and severe and extreme discrimination, without provocation, under color of office and color of state law and *organized public corruption.***

### Cause-Of-Action-Five

I, Douglas-Alan: Pelmear, Horse-Power-Sales-net-LLC and HP2g-LLC (plaintiffs) sued Henry-County-Ohio, et al in Defiance-Ohio-Common-Pleas-Court in November 2013 cases numbers 13CV42618 and 13CV42628 which were active till January 2018. **Judge**

11

**Joseph N. Schmenk, the court clerks and staff allowing the denial of due process by judging the cases without ever even scheduling a hearing by a _counterfeit fraudulent document_ which was made by MVPO and signed by Dennis Miller the director only, this is _forgery_.** Per Judgment-Entry-Case 13CV42618 states "HP2G LLC claims as barred by the doctrine of issue preclusion due to mutuality of interest or privity" and Case13CV42628 states "Pelmear is the President and Shareholder of both corporate entities; the actual loan application underlying this controversy was submitted under the name of RP2G LLC" this actual loan application is **_a forged counterfeit fraudulent document_ and** the document which showed the doctrine of issue preclusion due to mutuality of interest or privity which was **made by MVPO to _defraud_ the Ohio-Dept.- Of –Development-Auditor from HUD-funds and Ohio-Secretary-of-State for a wrongful "UCC1" lien. See exhibit 11 of 5 pages.**

1)      The **_forged counterfeit_** "HP2G LLC" loan application to Henry-County-Revolving-Loan-Fund in question has no date and no signer of any parties. For an application to be the proper form it must be signed and dated page "MVPO 01449".

2)      The **_forged counterfeit_** "HP2G LLC" loan application to Henry-County-Revolving-Loan-Fund in question, point out the address of Horse-Power-Sales-net-Inc. and NOT of "HP2G, LLC", 115 East-Linfoot-Street-Wauseon, OH 43567 page "MVPO 01449".

3)      The **_forged counterfeit_** "HP2G LLC" loan application to Henry-County-Revolving-Loan-Fund in question point out FEDERAL-TAX-ID 36-4551550 which is the tax I.D. of Horse-Power-Sales-net-Inc. and not the tax I.D. of "HP2G LLC" page "MVPO 01449".

4)      The **_forged counterfeit_** "HP2G LLC" loan application to Henry-County-Revolving-Loan-Fund in question, point out under RLF amount and line Legal-Fees for

patents/testing $50,000 and Other-Funding $50,000 Next total project cost $50,000 it

should added up to $100,000 page "MVPO 01450".

5) The *forged counterfeit* "HP2G LLC" loan application to Henry-County-Revolving-

Loan-Fund in question, part six: Application-Covenants "I/we agree to pay for any

appraisal or legal cost necessary to complete my/our application". Has no signature or

even signature lines and date on the application page "MVPO 01451" Inconsistent with

official loan documents.

6) The *forged counterfeit* "HP2G LLC" loan application to Henry-County-Revolving-

Loan-Fund in question has no date and no signer of any parties. For an application to be

the proper form it must be signed and dated. page "MVPO 01451" inconsistent with

official loan documents

7) "MVPO 01455" is copied from the www.hp2g.com website. **Notice typed website**

**at the bottom of page and date of 5/28/2010. May 28, 2010 almost 9 months after the**

**Henry-County-R.L.F. pay out to Horse-Power-Sales-net-INC. and only 3 days after**

**wrongful UCC 1 lien of HP2G, LLC filed May 25, 2010! See exhibit 10 of 12 pages**

**and 12of 2 pages** from MVPO.

**Judge Joseph N. Schmenk, court clerks and staff allowed Thomas Albert**

**McWatters III,** *Wauseon-City-Attorney/Prosecutor, Special-Attorney-for-the-Ohio-*

*Attorney-Generals-Office and of the law firm of Barber, Kaper, Stamm, Robinson and*

*McWatters* **to be MVPO defendants' attorney when Thomas Albert McWatters III**

**was also a defendant himself in the lawsuit. Fraud-Upon-The-Court motions were**

**submitted, but Judge Joseph N. Schmenk denied due process by not having any**

**hearings and *forged counterfeit fraudulent documents* were allowed to stand as good**

**original documents within the Ohio court and under color of state law.**

### Cause-Of-Action-Six

May 27, 2016 Douglas-Alan: Pelmear had an interview on Fred Lefebvre 1370 WSPD about HP2g 110 mile per gallon hybrid engine and the *extreme and server prejudice and discrimination* of Thomas Albert McWatters III, other state agencies and associates and *organized public corruption.* The Thomas Albert McWatters' III email of July 19, 2013, was read over the air and the (quote) *"It would give the commissioners (and you) a chance at some pay back against Pelmear" was talked about extensively.* **Thomas Albert McWatters III** employment was at the time Wauseon-City-Attorney, Special-Attorney-for-the-Ohio-Attorney-Generals-Office and of the law firm of Barber, Kaper, Stamm, Robinson & McWatters (Robinson of the firm was the Fulton-County-Court-Judge). On this same day after my father was on the radio around 6:45pm I, Noah-Wade: Pelmear, was turning on to East-Oak-Street in Wauseon-Ohio from a private driveway without using a turn signal for which there is no law broken and I was arrested, hand cuffed and placed in the back of a Marc Tanner's Wauseon-City-Police cruiser *retaining my liberties* without *Miranda-Rights* read and while the vehicle I drove was towed and impounded from a parking space. There was no danger to myself or any innocence, now I was *kidnapped and jailed while under a stay* by the Ohio-Supreme-Court on December 22, 2017 by Deputy Matthew Smithmyer. See exhibit 6, 13 of 3 pages, "14" page 5, "15" page 4-line 1 and "20" page 13-line 19-20. Therefore, I vehemently protest this unwarranted charges acting under color of state laws, which have participated in the denial of federally protected common law rights and unalienable United-States-Constitutional-Rights.

At Fulton-County-Court-Western District I was denied:

1.     **Jurisdiction** was challenged at arraignment in these cases at the Fulton-County-Court and in motions. At arraignments Judge Jeffery Robinson plead for me **"not guilty"** as he practiced law from the bench or judicial misconduct as seen in transcript May 31, 2016. <u>See exhibit 15 page 3</u> "Defendant's Plea: Ct-Not G". Jurisdiction was never proven just overruled by Judge Kent North. Judge Kent North neglected to prove jurisdiction or even my appearance into the court and moved on without jurisdiction. "The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct. 2502 (1980). <u>See exhibit 15 page 1, exhibit 30 page 5 line 2-10 & exhibit 31 page 4 line 8 -9</u>.

2.     Then Prosecutor Eric K. Nagel (now judge) has a **conflict of interest** by being a witness and had been an attorney for HPSN (where I, Noah-Wade: Pelmear, am an advisor) in an active court case in Defiance-Common-Pleas-Court case # 13CV42818 for which I had an interest in the outcome. Motions were overruled before looking at evidence submitted into the trial court. <u>See exhibit 15 page 5, 16 & 17of 14 pages</u>.

3.     The *<u>Fulton-County-Court overruled and denied discovery by suppressing all evidence</u>*. Supression of evidence is a violation of the due process clause of the Fourteenth-Amendment. Prosecutor, (now Judge), Eric K. Nagel failed to disclose any evidence and which is known as *Brady* evidence "a treatise on prosecutorial misconduct, "[a] prosecutor's violation of the obligation to disclose all evidence." As *<u>prosecutor, Eric-K-Nagel refused to disclose any evidence in 139 days on a case and 93 days on the other case before trial , including the law which was broken for the original traffic stop by not using a turn signal coming out of a private drive. Prosecutor Eric-K-Nagel used undisclosed evidence in trial and then again to impact the trial court's sentences</u>*. I was

denied substantive due process, procedural due process and equal protection per the U.S. Constitution, but it was allowed in Fulton-County-Court, Western-District in the first trial on October 13, 2017. **I was not allowed discovery, but the discovery evidence was used in trial and again to impact my sentence** as seen in **exhibit 20 of 41 pages** transcript of trial **see exhibit 18 of 14 pages** and **exhibit 19 of 5 pages** of trial exhibit **"A"** (of the prosecution is the denied discovery evidence used in trial and sentencing).

4.       **Jury demand** was made on time, but overruled by the Fulton-County-Court at trial. This action goes against Ohio-Laws and The Constitution of the United States as I was sentenced to jail. **Jury was denied by** color of law, by Ohio-Rule 23 which is "the defendant before commencement of the trial may knowingly, intelligently and voluntarily waive in writing his right to trial by jury" and "Such demand must be in writing and filed with the clerk of court not less than ten days prior to the date set for trial" **on October 13, 2016 as seen in transcript See exhibit 20 page. 5 line 3-11**. I made a demand of trial by jury 7 days before trial, not a waiver of rights of jury trial. **See exhibit 17 page 5 and page 11** Jury-Demand October 6, 2016, O.R.C. which is "making demand in writing there for and filing the same **with the clerk of the court not less than three days prior to the date set for trial** or on the day following receipt of notice whichever is the later" which was made in timely manner but was <u>denied under color of state law.</u>

5.       My motion of **speedy trial** was overruled at trial without looking at the evidence, but was denied under color of state law. **See exhibit 20 page 5 line 1- 11**.

6.       City-of-Wauseon-Law-Director/Prosecutor Thomas Albert McWatters III, of Barber, Kaper, Stamm, Robinson, McWatters and now Whitlock has a ***conflict of interest*** by being sued in court case in Defiance-Common-Pleas-Court case # 13CV42818 where

fraudulent documents in case # 13CV42628 were *forged* by the defendants and submitted

to the court. By developing these ***forged counterfeit fraudulent documents*** the

defendants and their offices, secured a wrongful UCC1 lien at the Ohio-Secretary-Of-

State for 6 plus years. This *forgery* is which I had a personal interest in, (as party of the

plaintiff), the outcome. Fraud upon the court motion was dismissed in the Defiance-

Common-Pleas-Court before a hearing of the evidence by Judge Joseph N. Schmenk

without due process and under color of state law. **See exhibit 10 of 12 pages & exhibit**

**12 of 2 pages.**

7.      City-of-Wauseon-Law-Director/Prosecutor Thomas Albert McWatters III, of

Barber, Kaper, Stamm, Robinson, McWatters and now Whitlock, strategize a *plot* and

carried out his **"pay back against Pelmear"**, as seen in **exhibit 6 and exhibit 21 of 8**

**pages** Motion-To-Disqualify-Prosecutors.

8.      Assistant-Prosecutor Stephen M. Maloney and Assistant-Prosecutor Kevin

Whitlock of Barber, Kaper, Stamm, McWatters & Whitlock, are ***in conflict of interest***,

but received the **Ohio-Supreme-Court's temporary stay** for case # 2017-1690 on

December 22, 2017 by email, during normal business hours. The Fulton-County-Court-

Western-District Judge Kent-North violated the stay order resulting in kidnapping,

unlawful detention of my liberties and imprisonment for five plus days and forced to pay

fees at the Corrections-Center of Northwest-Ohio while on the Ohio-Supreme-Court-

Stay. Going against law: **"notice to agent, is notice to the principal, notice to principal**

**is notice to agent"** or in this case, ***notice to the prosecutor, is notice to the court.*** The

Ohio-Supreme-Court temporary stay was also posted on their website, which is public

record on December 22, 2017, during normal business hours. **See exhibit 13 of 3 pages and exhibit 23 of 4 pages.**

9.      My **Motion-Of-Contempt-And-Affidavit** of the Ohio-Supreme-Court stay order was not heard on case 2017-1690, but was ***disposed***. The contemptors motion **assumes facts not in evidence and failed to state a claim of relief and for which relief can be granted.** The only evidence in the contempt of court is my testimony by my affidavit. The contemptors ***kidnapped me, unlawfully imprisoned me and retained my liberties* while on a "Stay" by the Ohio-Supreme-Court, without substantive due process, procedural due process, equal protection, procedure under color of law and *organized public corruption.* See exhibit 6, exhibit 22 and exhibit 25 of 3 pages**.

10.      The history and events show *organized public corruption,* **severe and extreme animosity, severe and extreme prejudice, conflict of interest, of bias or apparent bias** as stated in **constructive notice** file stamped 6-22-16 in the TRD1601588 and 2017-1690 **see exhibit 21 of 8 pages.**

11.      These two case were in "THE COURT OF APPEALS OHIO SIXTH APPEALLATE DISRTICT FULTON COUNTY" where ***the color of state law*** continued with "JUDGMENT ENTRY" of October 20, 2017 (quote) "this judgment entry is not an opinion of the court" and "appellant's assignments of error are not well-taken" by **Judge Arlene Singer, Judge James D. Jensen and Judge Christine E. Mayle.** The Court-Of-Appeals-Of-Ohio-Sixth-Appellate-District-Fulton-Court allowed the denial of federally protected common law rights and unalienable United-States-Constitutional-Rights. I was also denied procedural due process by not have a hearing on

fraud upon the court by **Judge Arlene Singer, Judge James D. Jenson and Judge Christine E. Mayle.** See exhibit 24 of 7 pages .

12.      **Fraud upon the court** was first seen in the Ohio-Supreme-Court entries in case 2017-1690 exhibits of "DENNIS SULLIVAN'S MEMORANDUM CONTRA"… exhibits and "RESPONSE TO APPELLANT'S MOTION OF CONTEMPT ON BEHALF OF HEATHER LUMBREQER, MIKE MANN, SHERIFF ROY MILLER,- DEPUTY MATTHEW SMITHMYER"… exhibits by **Attorney Scott A. Haselman** Prosecuting-Attorney-of- Fulton-County with *counterfeit evidence:*

A) In "DENNIS SULLIVAN'S MEMORANDUM CONTRA"… exhibits A and B came from Judge Eric K. Nagel to Correction-Center-Of-Northwest-Ohio or CCNO, but Judge Eric K. Nagel was not the presiding judge over the cases on December 22, 2017. This is an inaccurate record. **See exhibit 26 page 6 – 9.**

 B) In "DENNIS SULLIVAN'S MEMORANDUM CONTRA"…page 3 starting on line 9 " December 26 and CCNO release Defendant/Appellant by 1:07 p.m. on this date." This is not a true statement of facts. This can be seen in the exhibits there is no time written in on time lines. I, Noah-Wade: Pelmear was released from handcuffs at about 3:55 p.m. on December 26, 2017 and then allowed to leave the locked area of the C.C.N.O. bus at the Ohio-Fulton-County-Sheriff's office. **See exhibit 26 of 12 pages**

C) Next fraud is between the actual Summons of "MOTION TO REVOKE COMMUNITY CONTROL & IMPOSE SENTENCE" attached to this document as **exhibit 27 of 9 pages** and exhibits of "RESPONSE TO APPELLANT'S MOTION OF CONTEMPT ON BEHALF"…marked as exhibit 1, Journal Entries: TRD1601588, page 1 of 6 , starting at **12/11/2017** "SUMMONS ISSUED TO THE FCSO"… next

**12/20/2017** "SUMMONS MOTION TO REVOKE UNSERVED", "DEFENDANT DOES NOT RESIDE THERE" next **12/22/2017** 'SUMMONS SERVED ON DEFENDANT LOBBY MOTION TO REVOKE". On the review of the actual summons, which was served on me in court at about 11:18 a.m. December 22, 2017 by deputy sheriff Matthew Smithmyer and witnessed by Jennifer-Lynn: Rodgers and Douglas-Alan: Pelmear, notice the file stamp, when the court processed the summons, **filed date is 2017 December 22 at 11:08 a.m**. This time stamp is **eight minutes after** the time I was to be in court on the said summons, **two days after** said summons was "unserved, defendant does not reside there" and **eleven days after** the said summons was issued to the Fulton-County-Sheriff-Office for personal service shown in journal entries. Next at the bottom of said summons under "RETURN OF SERVICE OF SUMMONS" *all areas are empty*! **This shows fraud upon the Ohio-Supreme-Court perpetrated by officers of the lower trial court acting with two or more officers in this *conspiracy and organized public corruption* . This *fraud* has not been heard more than four months which is not a speedy trial. Ohio-Supreme-Court is acting under color of state law, the denial of federally protected common law rights and unalienable United-States-Constitutional-Rights. Wauseon-City-Police-Officer Marc Tanner committed *perjury* of his testimony at trial. original I have now found from a public records request of these cases, because I was denied discovery, Officer Marc Tanner and Officer Tony Imber made *fraudulent* claims or omitted the truth on the police report. Officer Marc Tanner also *perjured* himself at my trial. See exhibit 28 of 2 pages, 29 of 2 pages 20 page 13, page 16 line 20-25, page 17 line 1-9 and line 25, page 18 – page 19 line 1 – 10 , Exhibit 23 of 4 pages and exhibit 48 of 12 pages .**

**Cause-Of-Action-Seven**

1) Wauseon-City-Assistant-Prosecutors, Stephen M. Maloney and Kevin Whitlock filed on November 16, 2017 a "MOTION TO REVOKE COMMUNITY CONTROL & IMPOSE SENTENCE" of case # TRD 1601588 and TRD 1602133 to ***re-judge*** or ***double jeopardy*** on me <u>without ever being found guilty for any crime</u> and to sentence me to jail for another 170 days. I, Noah-Wade: Pelmear, submitted an Affidavit-of-Disqualification-of -Judge Eric K. Nagel who has *a conflict of interest* by being a judge of me after being a attorney for HPSN a business I am an advisor for and after being the prosecutor of the same cases which he was to ***re-judge***. <u>This is the same cases where as prosecutor Eric K. Nagel denied discovery but the discovered evidence was used in trial and again to impact my sentences.</u>

2) Next I, Noah-Wade: Pelmear submitted Affidavit-of-Disqualification-of –Judge Mark Powers *with a conflict of interest* to be a judge of me after being an attorney for me in the past. This is where Douglas-Alan: Pelmear was informed <u>Mark Powers is an attorney only and was not a judge</u> by the Ohio-Supreme-Court-Clerk-of-Court's office. <u>Attorney Mark Powers was disqualified from judging me, but he was not admonished for acting as a judge against me. **See exhibit 28 of 2 pages, 32 of 3 pages, exhibit 33 of 7 pages, exhibit 34 of 7 pages, and exhibit 35 of 9 pages.**</u>

**Cause-Of-Action-Eight**

**I, Noah-Wade: Pelmear was re-judged to a harsher sentence on February 26, 2018** of *jail with no work release* when in the first trial on October 13, 2016 I was sentenced to *jail with work release.* The conspiring with two or more, depriving me of the rights by ***intimidation*** and the ***threat of force*** to deny my civil rights to equal protection of the law

with use of armed bailiff Mike Mann, Deputy-Sheriff Matt Smithmyer, Deputy-Sheriff

Jamie Simon and this sheriff dog. I, Noah-Wade: Pelmear, was re-judging to a harsher

sentence then the October 13, 2016 trial of TRD1601588 and TRD1602132 cases by

Judge Kent Lewis North,  Judge Kent Lewis North *conspired* with two or more officers,

deputies with use of the sheriff dog, clerks, Assistant-Prosecutor-Stephen M. Maloney

and Assistant-Prosecutor Kevin Whitlock of Barber, Kaper, Stamm, McWatters &

Whitlock*, organized public corruption to deprived me of the right of double jeopardy*

per the United States Constitution's Fifth Amendment. See exhibit 36 of 2 page,

exhibit 37 of 8 pages and exhibit 38 of 11 pages.

### Cause-Of-Action-Nine

These two cases were then in OHIO-SUPREME-COURT and **denial of my rights under

color of state law** continued by disposed the case without a hearing.

On January 16, 2018 in OHIO-SUPREME-COURT I, Noah-Wade: Pelmear submitted a

motion of contempt and affidavit. *It was discovered Contemptor Dennis Sullivan's

attorney Marc A. Fishel has a conflict of interest by being on an advisory board to The-

Ohio-Supreme-Court.* Attorney Marc A. Fishel is a member of the Supreme-Court's-

Commission on Dispute-Resolution which consists of twenty one members appointed by

the Chief-Justice and Justices of the Supreme-Court. The Ohio-Supreme-Court's

Commission-on-Dispute-Resolution is an advisory board for the Supreme-Court and the

staff. The Ohio-Supreme-Court's Commission-on-Dispute-Resolution had a meeting the

same day as response of "DENNIS SULLIVAN'S MEMORANDUM CONTRA" and

"Notice of Appearance" was submitted by Attorney Marc A. Fishel. Attorney Marc A.

Fishel used his "special position" to influence the court's outcome going against The-

Supreme-Court-of-Ohio code of ethics for court appointees **"2.5." quote "A Court appointee shall also avoid performing any duty or responsibility in a manner the favors any person or group associated with a subject under review by the Court".** Attorney Marc A. Fishel by being Contemptor Dennis Sullivan's of Correction-Center-of-Northwest-Ohio attorney went far beyond even **"avoid engaging in activity that gives the appearance of impropriety"** per code of ethics. Now The OHIO-SUPREME-COURT and Chief-Justice Maureen O'Connor, Justice Terrence O'Donnell, Justice Sharon L. Kennedy, Justice Judi L. French, Justice Patrick F. Fischer, Justice R. Patrick DeWine, Justice Mary DeGenaro and Attorney Marc A. Fishel are in ***collusion*** by Supreme-Court's-Commission on Dispute-Resolution's rules and code of ethics and ***is organized public corruption.*** The OHIO-SUPREME-COURT **denied my rights under color of state law** continued by disposing the case and motion of fraud upon the court without any hearings. **See exhibit 39 of 12 pages.**

### Cause-Of-Action-Ten

Archbold-Police, Fulton-County-Ohio, pulled me over for driving under a yellow light February 2017. The officer wrote a ticket for no Ohio-Drivers-License. Then the Archbold-Police-Officer Nathan Slough made contact with the owner of the vehicle (I was driving) with my phone, Douglas-Alan: Pelmear, because "the vehicle must have been stolen". Next officer made the owner, Douglas-Alan: Pelmear (my father) drive from Henry-County to Archbold-Fulton-County where I was being detained or I was to be jailed. When my father Douglas-Alan: Pelmear arrived, the officer asked him many times if the vehicle was stolen. The answer was ***they don't have jurisdiction***. This case is still on going today. The obvious is the officers (three officers) forced Douglas-Alan:

Pelmear to drive to Archbold, Ohio by *intimidation* and the ***threat of force*** to deny civil rights to equal protection of the law, under color of state law and ***depriving me of liberty to force Douglas-Alan: Pelmear to drive to their jurisdiction and say I had stolen the truck. Where I, Noah-Wade: Pelmear would go to jail for grand thief or he, Douglas-Alan: Pelmear would go to jail for allowing me to drive***. I, Noah-Wade: Pelmear have a Cherokee nation of Indians travel permit. In this case TRD-1700396 ***Prosecutor Mark D. Hagans has denied exculpatory evidence with discovery***. The only evidence given in the last year plus is a copy of the ticket when the Archbold police cars have video and audio records. Next pretrial July 3, 2015 by ***Judge Eric K. Nagel with a conflict of interest and under color of office, color of state law and organized public corruption. See exhibit 40 of 2 pages, exhibit 16 and exhibit 17 page 1, page 2, page 14.***

### Cause-Of-Action-Eleven

On April 3, 2018 about 10am while I, Noah-Wade: Pelmear was waiting in the Fulton-County-Court lobby and while my attorney was in a meeting with Prosecutor Mark D. Hagans for a pretrial of the Archbold, Fulton-County-Ohio, (pulled me over for driving under a yellow light) case TRD-1700396. First the Fulton-County-Sheriff Roy Miller and Deputy John Trejo came out from the courts office to talk to my father Douglas-Alan: Pelmear and warned him not to drive in Fulton-County. Next the Fulton-County-Dog-Warden Brian Banister and Deputy-Dog-Warden Jon Rufenacht came out from the courts office to talk to me. Fulton-County-Dog-Warden Brian Banister said wanted to know why I had not got a license for my dog. I told him I no longer had a dog. This is when Douglas-Alan: Pelmear said I, Noah-Wade: Pelmear have an attorney and, Fulton-County-Dog-Warden Brian Banister needed to talk to him, my attorney. My attorney

came out to talk to me. After talking to my attorney we, my father and I, left the court. By the time Douglas-Alan: Pelmear got home to Napoleon, Henry County Ohio, the Fulton-County-Dog-Warden Brian Banister drove out of his jurisdiction where he opened the front door of my fathers house and put a ticket in the door for me. The ticket states he, Fulton-County-Dog-Warden Brian Banister, witnessed me, Noah-Wade: Pelmear, kept or harbor a dog in Archbold at 10am on the April 3, 2018. This is about the same time as he; Fulton-County-Dog-Warden Brian Banister was at Fulton-County-Court-Lobby harassing me. I don't have a dog, I was not in Archbold at that time with a dog and I don't reside at my father's house in Napoleon, Ohio. On May 8, 2018 Douglas-Alan: Pelmear made a public records request of the Fulton-County-Court-Lobby on April 3, 2018 to show Brian Banister's guilt of perjury. The public record request was denied by Judge Eric K. Nagel by saying the court is not the recordings holder. In the past, records request of court lobby video was provided, setting a standard. *The first video requested shows Thomas A. McWatters III of the law firm Barber, Kaper, Stamm, Robinson & McWatters, met in ex-parte and in-camera with Judge Kent North on July 8, 2016 and July 19, 2016 before my court hearings when he was not the prosecutor of the cases and when Thomas A. McWatters III has a conflict of interest, of bias or apparent bias.* The second video requested was refused, but the law is **"notice to agent, is notice to the principal, notice to principal is notice to agent"** or in this case ***notice to the court, is notice to the recording holder which works for the court.*** ***Judge Eric K. Nagel is trying to hide the fraud upon the court by denying the public records by color of law.*** **See exhibit 16, 41, 42 and 43 of 2 pages.** On May 8, 2018 pretrial there was about 2.5 hour in-camera meeting with Judge Eric K. Nagel ***who has a conflict of interest,*** **see exhibit 16,** Dog-

Warden Brain Banister, Archbold-Prosecutor Mark D. Hagans, Wauseon-City-Assistant-Prosecutor Kevin Whitlock and attorney Tom Molitierno (Noah-Wade: Pelmear's attorney). *Dog-Warden Brian Banister should not been allowed to testify in the in–camera meeting and influence the judges opinion before trial. Since the alleged dog harboring charge was in the city of Archbold, Wauseon-City-Assistant-Prosecutor Kevin Whitlock is a nonparty to the complaint, but was in the in–camera meeting to influence the judge's opinion of me to be judged guilty so the* "MOTION TO REVOKE COMMUNITY CONTROL & IMPOSE SENTENCE" of case # TRD 1601588 and TRD 1602133 filed November 16, 2017 and was now moved to be heard June 25, 2018 from April 30, 2018. No wavier of time has ever been signed on these cases TRD 1601588 and TRD 1602133. See exhibit 23, 41, 42 and 43 of 2pages. *Wauseon-City-Assistant-Prosecutor Kevin Whitlock's* action shows conflict of interest for *entrapment* or the action of tricking someone into committing a crime in order to secure their prosecution, *severe extreme animosity and prejudice by the law firm of Barber, Kaper, Stamm, McWatters & Whitlock.*

   *Fulton-County-Dog-Warden Brian Banister committed perjury with intent to mislead and defraud the court.* Dog-Warden Brian Banister had the Henry County Dog Warden go to my father's neighbors and the neighbors of father's business Horse Power saying slanderous statements. Dog-Warden Brian Banister to *intimidate* me with the *threat of force* to purchase a dog license or *extortion*, for a dog I don't own. Fulton-County-Dog-Warden Brian Banister with his actions shows to be a party to the *entrapment*, **severe and extreme animosity, severe and extreme prejudice and severe and extreme**

discrimination, without provocation, under color of office, color of state law and _**organized public corruption.**_ See exhibit 21 of 8 pages and exhibit 44 .

### Cause-Of-Action-Twelve

**Clerks-of-Court's** _conspired_ with two or more and/or attorneys who work for state entities to deprive without due process, **without provocation, under color of office, under color of state law and** or_ organized public corruption_.

1. Found in public records request Henry-County-Clerk-of-Common-Pleas-Court, Connie L. Schnitkey on May 29, 2014 Case # 13CV0045 and 12CV0120 Board-of-Commissioners-of-Henry-County-by Maumee-Valley-Planning-Org. vs. Horse- Power-Sales.Net-Inc. made _**"certified copies of documents from case 12CV0120 but are not filed or documented."**_ For Donna L. Keefe of attorney Michael P. Gilbride of Reminger Co. LPA, attorney for MVPO in the Defiance Common Pleas Count active cases at the time 13CV42618 and 13CV42628 changing court's records and changing public records by color of law. See exhibit 45.

2. All the clerks of Fulton-County-Court-Western-District on February 26, 2018 refused to come to the window for Douglas-Alan: Pelmear and Noah-Wade: Pelmear before re-judging to a harsher sentence then the October 13, 2016 trial of TRD1601588 and TRD1602132 cases by color of law.

3. Clerk Heather Lumbrezer of Fulton-County-Court-Western-District certified docket entry of TRD1601588, _**which is a fraudulent document by the court.**_ On page 2 of 4 dated 10/14/2016 line 7 "DEF. PLEAD GUILTY". I never plead or consented to jurisdiction of the court. See exhibit 46 of 3 pages.

4. On July 8, 2016 no clerk was present in court during the hearing for which is the clerk's official duty. Bailiff Mike Mann was acting as both clerk and bailiff under color of Ohio law.

5. Public records request was made on March 22, 2018 to clerk of court Heather Lumbrezer, Fulton-County-Court-Western-District where a $150 U.S. dollar deposit was requested, then paid by Douglas-Alan: Pelmear. On April 9, 2018 I, Douglas-Alan: Pelmear picked up the transcripts of December 22, 2017 and February 26, 2018 cases TRD 1601588 and TRD 1602133 was received. In with the "original transcripts" received there were invoices. I found an error in the transcript, Michelle K. Schlade (the reporter) asked me, Douglas-Alan: Pelmear if I had the originals or the copies of the transcripts for the correction. This informed me of there were two sets of transcripts made. In further inspection of invoices it was discovered that an original and a copy transcript was made and charged on the total bill (by Michelle K. Schlade reporter). Only the original transcripts were received. I have asked Michelle K. Schlade the reporter for the copy transcripts a few times, but there has been no answer given.  I, Douglas-Alan: Pelmear was charged for two transcripts, but received only one set. I suspect **clerk of court Heather Lumbrezer, Fulton-County-Court-Western-District conspired with Michelle K. Schlade the reporter to keep a copy of the transcripts and charging them to me by color of law. See exhibit 47 of 3 pages.**

### Summary

The civil rights violations, conspiracy, discrimination, fabrication of documents, perjury, forgery, counterfeiting, willful concealment, willful wrongful lien showing willful intent,

28

changing public records and changing state records are present in the elaborate scheme to deny substantive due process, procedural due process, equal protection and procedures under the color of law pursuant to the but not limited to the Fourteenth Amendment of U.S. Constitution. The state actors misused powers of the office by the color of office to deny federally protected rights and unalienable United-States-Constitutional-Rights. **Where _plots_** (*meaning: a plan made in secret by a group to do something illegal or harmful*) **were _devised_ and acted on in order to _deprive_ of life, liberty, property and pursuit of happiness,** without due process and equal protection of law by **_organized public corruption._**

State Actors, judges, prosecutors, co-conspirators, officers, deputies, clerks, sheriffs and dog wardens did not uphold their oath of office to support the constitution of the United States, the constitution of the state of Ohio and did not faithfully discharge the duties of their office acting under color of state law have participated in the denial of federally protected and common law rights, unalienable United-States-Constitutional-Rights. *In ending, quote from Abraham Lincoln (letter to H.L. Pierce April 6, 1859) **"Those who deny freedom to others deserve it not for themselves"**.*

### Prayer-of-relief

We pray for relief, remedy and the end of suffering by tyranny. We have endured suffering and irritable damaged by: the deprivation of rights under color of law, conspiracy against unalienable United-States-Constitutional-Rights, emotional distress, mental anguish abuse, unlawful imprisonment, extortion, discrimination, breach of trust, defamation of character, double jeopardy and years of oppression just to name a few. The

loss of just HP2g-LLC stock purchase from the wrongful lien of about <u>nine hundred five</u>
<u>million U.S. dollars</u> over past 5 years not including the interest rate of five percent per
year or <u>forty-five million two hundred fifty thousand U.S. dollars</u> in yearly interest
damage alone, not including the wrongful court fines, court fees, court charges, the lost of
business, legal fees, loss of work from being re-judged by the court, money taken by over
charging for court documents, taken by force, losing my liberty, being jailed while on a
court stay, the jail taking my money to be jailed, are a few of the other losses. We,
Douglas-Alan: Pelmear and Noah-Wade: Pelmear <u>pray for at least the damages of interest</u>
<u>money from the HP2g-LLC, stock loss by the wrongful lien of two hundred fifty-eight</u>
<u>million seven hundred fifty thousand in U.S. dollars</u> and what ever compensatory relief
the court deems necessary and proper. ***We have to give the credit to God because by his***
***grace we have survived… Amen.***

Respectfully submitted on the _____JUN 2 9 **2018**_____ of the year of my

Lord and per Public-Law 97-280,


Douglas-Alan: Pelmear                                        Noah-Wade: Pelmear

P.O. Box 165   403 Hill St.                                  DEFENDANT-PRO-SE

Napoleon, Ohio 43545

Phone 419-906-1525

DEFENDANTS-PRO-SE

**Attachments: List of the exhibits-2 page and**
**48 exhibits of 281 total pages.**

Douglas-Alan: Palmear
June 29, 2018

**AFFIRMATION**

I, Douglas-Alan: Pelmear and Noah-Wade: Pelmear, do affirm and states as to the best of

our knowledge and belief the facts and information stated in this document is the truth.

_____                    _____
Douglas-Alan: Pelmear                                        Noah-Wade: Pelmear


On the _____25_____ day of _____June_____, 2018 by: Douglas-Alan: Pelmear

and Noah-Wade: Pelmear in the presence of:

2 Corinthians 13:1 "I am coming to you. Every charge must be established by the

evidence of two or three witnesses"   (English-Version-Standard)


Witnesses:

_____                    _____

_____                    _____

_____                    _____

Douglas-Alan: Palmear

June 29, 2018