UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DOUGLAS PELMEAR et al., | Case No.: 3:18-cv-1480 |
| Plaintiffs, | Hon. Jeffery J. Helmick |
| vs. | Mag. Judge James R. Knepp II |
| CHIEF JUSTICE MAUREEN O'CONNOR et al., | |
| Defendants. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT BY THE FOLLOWING DEFENDANTS NAMED IN THEIR OFFICIAL AND INDIVIDUAL CAPACITY:** |

**SCOTT HASELMAN**
**JUDGE MARK POWERS**
**TRACY ZUVER**
**ROY E. MILLER**
**MATTHEW SMITHMYER**
**JAMIE SIMON**
**JOHN TREJO**
**JOHN JAY HANNA**
**GWEN HOWE-GEBERS**
**MICHAEL BODENBENDER**
**CONNIE L. SCHNITKEY**
**HEATHER LUMBREZER**
**WHITNEY LAVINDER**
**MIKE MANN**
**ALYESE STIDHAM**
**RANDI WUDI**
**BRIAN BANISTER**
**JON RUFENACHT**
**DENNIS MILLER**

1

        **MARSHA KOLB**
        **MATTHEW DAVIS**
        **JON RUPP**
        **BILL RUFENACHT**
        **JEFF RUPP**
        **THOMAS VONDEYLEN**
        **BOB HASTEDT**
        **GLENN MILLER**
        **VICKIE GLICK**
        **RYAN MACK**
        **MICK POCRATSKY**
        **GARY L. PLOTTS**
        **DENNIS SULLIVAN**

        Donald E. Theis (0021607)
        THEIS LAW OFFICE, LLC
        405 Madison Ave., Suite 1000
        Toledo, Ohio 43604-1276
        Telephone: 419-242-1400
        Fax Number: 419-246-5764
        Attorney for Defendants

      Now come these defendants and they hereby move this Court for an order to have up to forty-five (45) days from the date of service of the summons and complaint issued by the officers of the court as provided in 28 U.S.C. 1915(d) – in the event this Court grants plaintiffs' motions in forma pauperis -- and if, and only to the extent as to those defendants, if any -- the Court makes an initial determination in accordance with 28 U.S.C. 1915(e) that plaintiffs' complaint as to them is either not frivolous or malicious; does state a claim on which relief may be granted; or does not seek monetary relief against a defendant who is immune from such relief.

      Defendants bring this motion expressly reserving any and all defenses, particularly as to service as matters currently stand.

The reasons and authorities in support of defendants' motion for an extension of time are set out and detailed in the memorandum of law submitted herewith.

/s/Donald E. Theis
Attorney for Defendants
as set out above

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint was filed electronically on this ____ day of August 2018. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

Copies of said motion were also sent by regular mail to: pro se plaintiffs Douglas Pelmear P.O. Box 165, 403 Hill St., Napoleon, Ohio 43545; and Noah Pelmear 1304 S. Buehrer St., Archbold, Ohio 43502

/s/ Donald E. Theis
Donald E. Theis